| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____  Chapter  11 |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Interpark Investors, LLC |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 36-4471569 |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** 8608 W Catalpa Ave, Suite 806 Chicago, IL 60656 Number, Street, City, State & ZIP Code  Cook County | **Mailing address, if different from principal place of business** P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | n/a | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership ☐ Other. Specify: | |

Debtor   Interpark Investors, LLC _____   Case number (*if known*) _____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.

   5313

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____                            Relationship to you _____
District _____   When _____     Case number, if known _____

Debtor   Interpark Investors, LLC  
        Name                                       Case number (*if known*)

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No  
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No  
☐ Yes.  Insurance agency _____  
        Contact name _____  
        Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   Interpark Investors, LLC                                          Case number (*if known*)
         Name

| | **Request for Relief, Declaration, and Signature** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February 12, 2016
               MM / DD / YYYY

**X** /s/ John J Fitzmaurice                                          John J Fitzmaurice
Signature of authorized representative of debtor                      Printed name

Title   manager of Interpark Manager, LLC, the Debtor's manager

**18. Signature of attorney**

**X** /s/ Peter J. Roberts                                            Date   February 12, 2016
Signature of attorney for debtor                                             MM / DD / YYYY

Peter J. Roberts
Printed name

Shaw Fishman Glantz & Towbin LLC
Firm name

321 N. Clark Street
Suite 800
Chicago, IL 60654
Number, Street, City, State & ZIP Code

Contact phone   312-541-0151         Email address   proberts@shawfishman.com

6239025
Bar number and State

**Fill in this information to identify the case:**

Debtor name: Interpark Investors, LLC

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known):

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   February 12, 2016        **X** /s/ John J Fitzmaurice
                                       Signature of individual signing on behalf of debtor

                                       John J Fitzmaurice
                                       Printed name

                                       manager of Interpark Manager, LLC, the Debtor's manager
                                       Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Interpark Investors, LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alis & Co.<br>30 N. LaSalle Street<br>Suite 1232<br>Chicago, IL 60602 | Jon Mellin<br><br>312-726-3110 | Note/Interest | | | | $677,677.85 |
| Katten Muchin Rosenman LLP<br>David R. Shevitz<br>525 W Monroe Street<br>Chicago, IL 60661 | David R. Shevitz<br><br>dave.shevitz@kattenlaw.com<br>312-902-5257 | Legal fees | | | | $619,080.64 |
| David R. Shevitz<br>c/o Katten Muchin<br>525 W. Monroe<br>Chicago, IL 60661 | David R. Shevitz<br><br>dave.shevitz@kattenlaw.com<br>312-902-5257 | Notes/Interest | | | | $343,221.56 |
| Mark Thomas Trust<br>432 W. Grant, Unit 1W<br>Chicago, IL 60614 | Mark Thomas<br><br>mthomas@proskauer.com<br>312-962-3560 | Notes/Interest | | | | $122,056.13 |
| Michael Murphy<br>c/o Katten Muchin<br>525 W. Monroe<br>Chicago, IL 60661 | Michael Murphy<br><br>michael.murphy@kattenlaw.com<br>202-625-3700 | Notes/Interest | | | | $121,931.51 |
| McIntosh Limited Partnership<br>c/o James Doherty<br>33 N. Dearborn<br>Chicago, IL 60602 | James Doherty<br><br>jedoherty@tullyassoc.com<br>312-917-2409 | Notes/Interest | | | | $115,549.65 |
| Herbert S. Wander Revocable Trust<br>c/o Katten Muchin<br>525 W. Monroe<br>Chicago, IL 60661 | Herbert S. Wander<br><br>hwander@kattenlaw.com<br>312-902-5267 | Notes/Interest | | | | $99,360.00 |
| Melvin E. Pearl<br>c/o Katten Muchin<br>525 W. Monroe<br>Chicago, IL 60661 | Melvin E. Pearl<br><br>melvinpearl@gmail.com | Notes/Interest | | | | $97,608.22 |

Debtor   Interpark Investors, LLC                                             Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Joseph & Delores Weber<br>7830 Woodruff Lane<br>Orland Park, IL 60462 | Joseph & Delores Weber<br><br>anchormech_joe@yahoo.com | Notes/Interest | | | | $94,756.81 |
| Thomas Tulley LTD<br>33 N Dearborn St<br>Suite 2450<br>Chicago, IL 60602 | James Doherty<br><br>jedoherty@tullyassoc.com<br>312-917-2409 | Legal fees | | | | $94,277.99 |
| Howard M. Richard<br>828 Spyglass Court<br>Highland Park, IL 60035 | Howard M. Richard<br><br>howard.richard@kattenlaw.com | Notes/Interest | | | | $93,068.98 |
| Entrust Group FBO Thomas J. Leanse<br>555 12th Street<br>Suite 1250<br>Oakland, CA 94607 | Thomas J. Leanse | Notes/Interest | | | | $81,287.67 |
| Alan D. Croll<br>522 N. Maple Ave.<br>Beverly Hills, CA 90210 | Alan D. Croll<br><br>alancroll@gmail.com | Notes/Interest | | | | $81,287.67 |
| Alan Croll Ttee for Robert F. Croll<br>522 N. Maple Ave.<br>Beverly Hills, CA 90210 | Alan D. Croll<br><br>alancroll@gmail.com | Notes/Interest | | | | $75,652.29 |
| Alan Croll Ttee for Anthony F. Croll<br>522 N. Maple Ave.<br>Beverly Hills, CA 90210 | Alan D. Croll<br><br>alancroll@gmail.com | Notes/Interest | | | | $75,652.29 |
| Alan Croll Ttee for Daniel V. Croll<br>522 N. Maple Ave.<br>Beverly Hills, CA 90210 | Alan D. Croll<br><br>alancroll@gmail.com | Notes/Interest | | | | $75,652.27 |
| C&L Construction<br>830 E. Charles Street<br>Arlington Hts, IL 60004 | Charles Yacob<br><br>847-870-9642 | Services | | | | $59,486.00 |
| Floyd A. Mandell<br>c/o Katten Muchin<br>525 W. Monroe<br>Chicago, IL 60661 | Floyd A. Mandell<br><br>floyd.mandell@kattenlaw.com<br>312.902.5235 | Notes/Interest | | | | $56,901.37 |
| Michael Hartz<br>c/o Katten Muchin<br>525 W. Monroe<br>Chicago, IL 60661 | Michael Hartz<br><br>michael.hartz@kattenlaw.com | Notes/Interest | | | | $50,068.47 |

Debtor   Interpark Investors, LLC                                   Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| City of Chicago Department of Revenue<br>PO Box 5233<br>Chicago, IL 60680 | | | | | | $47,920.00 |

# United States Bankruptcy Court
### Northern District of Illinois

In re  Interpark Investors, LLC

Debtor(s)

Case No.

Chapter  11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:  50

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  February 12, 2016

/s/ John J Fitzmaurice
John J Fitzmaurice/manager of Interpark Manager, LLC, the Debtor's manager
Signer/Title

Alan Croll Ttee for Anthony F. Croll
522 N. Maple Ave.
Beverly Hills, CA 90210

Alan Croll Ttee for Daniel V. Croll
522 N. Maple Ave.
Beverly Hills, CA 90210

Alan Croll Ttee for Robert F. Croll
522 N. Maple Ave.
Beverly Hills, CA 90210

Alan D. Croll
522 N. Maple Ave.
Beverly Hills, CA 90210

Alis & Co.
30 N. LaSalle Street
Suite 1232
Chicago, IL 60602

Allied A/C & Heating
500 E. Northwest Hwy
Palatine, IL 60070

Appliance-Carpet Plus
300 W. North Ave
Lombard, IL 60148

Aviva Life and Annuity
c/o Athene Annuity
2121 Rosecrans Ave
El Segundo, CA 90245

B&B Formica
5617 W. Grand Ave
Chicago, IL 60639

Barry & Lori Krikau
1165 Highland Ave.
Oak Park, IL 60304

C&L Construction
830 E. Charles Street
Arlington Hts, IL 60004

Citi Advange
PO Box 688901
Des Moines, IA 50368


City of Chicago
Department of Revenue
PO Box 5233
Chicago, IL 60680


Cook County Treasurer
PO Box 805438
Chicago, IL 60680


Cresa Chicago
150 N Wacher Dr
Suite 2900
Chicago, IL 60606


David R. Shevitz
c/o Katten Muchin
525 W. Monroe
Chicago, IL 60661


Entrust Group FBO Thomas J. Leanse
555 12th Street
Suite 1250
Oakland, CA 94607


Floyd A. Mandell
c/o Katten Muchin
525 W. Monroe
Chicago, IL 60661


Herbert S. Wander Revocable Trust
c/o Katten Muchin
525 W. Monroe
Chicago, IL 60661


Howard M. Richard
828 Spyglass Court
Highland Park, IL 60035


Illinois Department of Revenue
Bankrupcty Section
PO Box 64338
Chicago, IL 60644-0338

```
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Joseph & Delores Weber
7830 Woodruff Lane
Orland Park, IL 60462


Junk 911 Removal
P.O. Box 7539
Chicago, IL 60680


Katten Muchin Rosenman LLP
David R. Shevitz
525 W Monroe Street
Chicago, IL 60661


Mac's Property Management
1520 N. Old Rand Road
Wauconda, IL 60084


Madison Appraisal LLC
29 South LaSalle Street
Suite 800
Chicago, IL 60613


Mark S. Weisberg
1160 S. Michigan
Unit 4102
Chicago, IL 60605


Mark Thomas Trust
432 W. Grant, Unit 1W
Chicago, IL 60614


Mark Wood
1748 W. Nelson
Chicago, IL 60657


Matthew Brown
c/o Katten Muchin
525 W. Monroe
Chicago, IL 60661
```

```
McIntosh Limited Partnership
c/o James Doherty
33 N. Dearborn
Chicago, IL 60602


Melvin E.  Pearl
c/o Katten Muchin
525 W. Monroe
Chicago, IL 60661


MGD Electric
5931 W. Lawrence
Chicago, IL 60630


Michael A. Jacobson
c/o Katten Muchin
525 W. Monroe
Chicago, IL 60661


Michael Goebig
109 Burton Place
Arlington Heights, IL 60005


Michael Hartz
c/o Katten Muchin
525 W. Monroe
Chicago, IL 60661


Michael Murphy
c/o Katten Muchin
525 W. Monroe
Chicago, IL 60661


Nicole N. Auerbach
1960 Lewis Lane
Highland Park, IL 60035


Perfect Plumbing
511 Bellaire Ave
Chicago, IL 60016


Perm A Seal
PO Box 1216
South Holland, IL 60473
```

```
Poldoor Construction Corp
3410 N. Nordica
Chicago, IL 60634


Presidential Roofing
4245 N. Sayre Ave
Norridge, IL 60706


Red Line Architects LTD
266 Sterling Lane
Bloomingdale, IL 60108


Robert Wasecki
C/O Wasecki Decorating
1424 Magnolia St
Glenview, IL 60025


Service Master Clean
2400 Wisconsin Ave
Downers Grove, IL 60515


Sheldon Zenner and Ellen Morgan
2831 Colfax Street
Evanston, IL 60201


Thomas Tulley LTD
33 N Dearborn St
Suite 2450
Chicago, IL 60602


Timothy Vezeau
251 Oak Knoll Terrace
Highland Park, IL 60035


Titan Security Services
614 Monroe Street
Chicago, IL 60661
```